IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYLE WAYNE JONES,

       Petitioner,                    No. CIV S-09-2169 JAM GGH P

    vs.

MATTHEW CATE,

       Respondent.                ORDER

_____/

       Petitioner has requested an extension of time to file a traverse pursuant to the court's order of March 12, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's May 24, 2010 motion for extension of time (Docket No. 17) is granted;

       2. Petitioner's May 24, 2010 traverse is deemed timely filed; and

       3. Petitioner's May 24, 2010, motion for the court to defer ruling until receiving the traverse (Docket No. 22) is vacated.

DATED: May 27, 2010

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:mp
jone2169.111(2)